# EXHIBIT A



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge   Patricia R. McDermott, Deputy Court Administrator

## STATEMENT OF CLAIM

Code: Other - (13)     # SC-14-11-03-3108

**Plaintiff(s):**
American Heritage Federal Credit Union
2060 Red Lion Road
Philadelphia, PA 19115

**Defendant(s):**
Maxine L. Beach

Service Address (information) if other than above:

**To the Defendant:** *Plaintiff is seeking a money judgment against the Defendant(s) based on the following claim:*

Defendant(s) obtained a revolving line of credit with plaintiff. The terms and conditions of the express agreement with Plaintiff require Defendant(s) to make, at least, minimum payments to Plaintiff that are calculated based on the total principal due. Defendant(s) failed to make the minimum payment due. Consequently, Defendant(s) is in default of its agreement with Plaintiff. Plaintiff sets forth claims of breach of contract and unjust enrichment. Plaintiff is entitled to judgment in the amount set forth above, inclusive of principal, interest, late charges and attorneys' fees and costs, as allowed under the contract. Defendant's Statement of Account is appended hereto (all personal identifiers have been redacted).

## Summons to the Defendant
You are hereby ordered to appear at a hearing scheduled as follows:
### Citation al Demandado
Por la presenta, Usted esta dirljido a presentarse a la siguiente:

1339 Chestnut Street 6th Floor
Philadelphia, PA 19107
Hearing Room: 2

December 24th, 2014

09:15 AM

## Amount Claimed

| | | |
|---|---|---|
| Principal | $ | 5046.33 |
| Interest | $ | 0.00 |
| Attorney Fees | $ | 0.00 |
| Other Fees | $ | 0.00 |
| **Subtotal** | $ | 5046.33 |
| Service | $ | 0.00 |
| State Fee | $ | 10.00 |
| Automation Fee | $ | 5.50 |
| Convenience Fee | $ | 5.00 |
| JCS St. Add. Surcharge | $ | 11.25 |
| JCS St. Add. Fee | $ | 2.25 |
| ATJ Fee | $ | 2.00 |
| ATJ Surcharge | $ | 10.00 |
| Court Costs | $ | 44.00 |
| **TOTAL CLAIMED** | $ | 5136.33 |

Date Filed: 11/03/2014

I am an attorney for the plaintiff(s), the plaintiff's authorized representative or have a power of attorney for the plaintiff(s) in this statement of claims action. I hereby verify that I am authorized to make this verification; that I have sufficient knowledge, information and belief to take this verification or have gained sufficient knowledge, information and belief from communications with the plaintiff or the persons listed below and that the facts set forth are true and correct to the best of my knowledge, information and belief. I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities. If I am an authorized representative or have a power of attorney, I have attached a completed Philadelphia Municipal Court authorized representative form or a completed power of attorney form.

STEVEN K EISENBERG

**Signature Plaintiff/Attorney**
Atty ID #: 075736

Address & Phone: THE PAVLION SUITE 410 261 OLD YORK ROAD
JENKINTOWN, PA 19046
215-572-5025

NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT.
PLEASE SEE ATTACHED NOTICES

AVISO AL DEMANDADO LE HAN DEMANDADO EN CORTE. VEA POR FAVOR LOS AVISOS ASOCIADOS.

If you wish to resolve this matter without appearing in court, please contact the attorney shown above immediately.