UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXINE L. BEACH, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HERITAGE FEDERAL CREDIT UNION,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 15-5942-TJS<br>:<br>:  CLASS ACTION<br>:<br>:<br>:<br>: |

## MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in the accompanying Memorandum of Law, Maxine L. Beach hereby seeks final approval of the class action settlement preliminarily approved by this Court by Order dated March 16, 2017 (Doc. 42).

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

Dated: June 15, 2017        BY:    /s/ David A. Searles
                                                     JAMES A. FRANCIS
                                                     JOHN SOUMILAS
                                                     DAVID A. SEARLES
                                                     Land Title Building, Suite 1902
                                                     100 South Broad Street
                                                     Philadelphia, PA 19110
                                                     (215) 735-8600

                                                     *Attorneys for Plaintiff and Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served via the Court's ECF Notification system upon all counsel of record.

Dated:  June 15, 2017                                         */s/ David A. Searles*
                                                                              DAVID A. SEARLES