## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXINE L. BEACH, on behalf of herself and all others similarly situated, | : <br> : <br> : |
| Plaintiff, | : <br> : <br> : |
| v. | :    C.A. No. 15-5942-TJS <br> : |
| AMERICAN HERITAGE FEDERAL CREDIT UNION, | :    CLASS ACTION <br> : <br> : |
| Defendant. | : <br> : <br> : |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Plaintiff Maxine L. Beach hereby moves this Court for an award of attorneys' fees and costs, as prevailing party in this class action settlement. The reasons supporting this Motion are set forth in the accompanying Memorandum of Law and Declaration of David A. Searles submitted in support of Plaintiff's motion.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

Dated: June 15, 2017     BY:     /s/ David A. Searles
                                         JAMES A. FRANCIS
                                         JOHN SOUMILAS
                                         DAVID A. SEARLES
                                         Land Title Building, Suite 1902
                                         100 South Broad Street
                                         Philadelphia, PA 19110
                                         (215) 735-8600

                                         *Attorneys for Plaintiff and Class*

## **CERTIFICATE OF SERVICE**

  I do hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF Notification system upon all counsel of record.

               */s/ David A. Searles*
               DAVID A. SEARLES

Dated:  June 15, 2017